DANIEL BRODERICK, Bar #89424
Acting Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ALEJANDRO MADRID

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-111 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER AFTER HEARING** |
| v. | ) | |
| | ) | |
| | ) | |
| ALEJANDRO MADRID, | ) | |
| Defendants. | ) | |
| _____ | ) | |

     This matter came on for Status Conference on April 11, 2006, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Christine Watson appeared on behalf of the United States of America.  Assistant Federal Defender Caro Marks appeared on behalf of Defendant Alejandro Madrid.

     Defense counsel requested additional time to review the recently received discovery.  A further status conference date of May 2, 2006 is set.

     Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of

Order After Hearing

counsel, from April 11, 2006, up until and including May 2, 2006. Good cause appearing therefor,

IT IS ORDERED that this matter is continued to May 2, 2006, at 9:30 a.m. for Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, the period from April 11, 2006, up to and including May 2, 2006, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: May 1, 2006

/s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
Chief Judge Emeritus

Order After Hearing                              2