```
MCGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>            Plaintiff,          )<br>                                )<br>     v.                         )<br>                                )<br> ALEJANDRO MADRID,              )<br>                                )<br>            Defendant.          )<br> _____) | NO. CR. S. 06-111-LKK<br><br>MOTION FOR DISMISSAL OF<br>INDICTMENT WITHOUT PREJUDICE<br>AND ORDER |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Eastern District of California hereby moves the Court, in the interest of justice, for an Order dismissing without prejudice the Indictment in the above-captioned action.

DATED: May 30, 2006.

                                        Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney


                                  By:   /s/ Heiko P. Coppola
                                        HEIKO P. COPPOLA
                                        Assistant U.S. Attorney

**ORDER**

IT IS HEREBY ORDERED that the Indictment in the above-captioned case, number CR. S. 06-111-LKK, be and hereby is dismissed without prejudice and that bond, if any, be exonerated.

DATED: May 30, 2006.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT